# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Hezekiah Esau Baker,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Weststar Credit Union, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-02128-CDS-BNW<br><br>**ORDER** |

**IT IS ORDERED** that the Clerk of Court is directed to issue summons for Defendant Weststar Credit Union using the address Plaintiff provided on the filed USM-285 form at ECF No. 11.

**IT IS FURTHER ORDERED** that the Clerk of Court must serve a copy of this order, the issued summons, the filed USM-285 form, and the operative complaint (ECF No. 4) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant.

DATED: April 19, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE